

MAY 1 8 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## JUDGMENT IN A CIVIL CASE

MINICK

v.   CASE NUMBER: CIV S-97-1429 LKK

**CLOSED**
DATE: MAY 1 8 2000

COUNTY OF SACRAMENTO ET AL

**XX -- Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED MAY 17, 00.**

JACK L. WAGNER,
CLERK OF COURT

ENTERED:   May 18, 2000

by: _____
NDDuong, Deputy Clerk

143

United States District Court
for the
Eastern District of California
May 18, 2000

* * CERTIFICATE OF SERVICE * *

2:97-cv-01429

Minick

  v.

County of Sacramento

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on May 18, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

    Andrew C Schwartz                          SJ/LKK
    Casper Meadows and Schwartz
    2121 North California Boulevard
    Suite 1020
    Walnut Creek, CA  94596

    Terence John Cassidy
    Porter Scott Weiberg and Delehant
    PO Box 255428
    350 University Avenue
    Suite 200
    Sacramento, CA  95865

    Kenneth James Pogue
    Porter Scott Weiberg and Delehant
    PO Box 255428
    350 University Avenue
    Suite 200
    Sacramento, CA  95865

                              Jack L. Wagner, Clerk

                              by: Deputy Clerk